AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:21-mj-00305 |
| [1] Philip C. Vogel, II, (DOB: XXXXXXXXX) (AKA: Flip) | ) Assigned To : Harvey, G. Michael |
| [2] Debra J. Maimone, (DOB: XXXXXXXX) | ) Assign. Date : 3/12/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641—Theft of Property ($1,000 or less) | |
| 18 U.S.C. § 1752(a)(1) and (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; | |
| 40 U.S.C. § 5104(e)(2)(D) and (G)—Violent Entry and Disorderly Conduct on Capitol Grounds; | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Brundage, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____03/12/2021_____

_____
*Judge's signature*

City and state:   _____Washington, D.C._____        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*