UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-289 (RDM) |
| v. : | |
| : | |
| [1] PHILIP C. VOGEL, II, : | |
| [2] DEBRA J. MAIMONE, : | |
|     Defendants. : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Fed. R. Crim. P. 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendants regarding this motion and both attorneys have indicated that they do not oppose this request.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                      Respectfully submitted,

                                      CHANNING PHILLIPS
                                      Acting United States Attorney
                                      D.C. Bar No. 415793

By: _____
                                      Sean P. Murphy
                                      Assistant United States Attorney
                                      D.C. Bar No. 1187821
                                      Torre Chardon, Suite 1201
                                      350 Carlos Chardon Avenue
                                      San Juan, PR 00918
                                      787-221-6077
                                      sean.murphy@usdoj.gov