UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-289 (RDM) |
| | : | |
| **PHILIP C. VOGEL, II,** | : | |
| **DEBRA J. MAIMONE,** | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

Based upon the representations in the Joint Status Report and Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the next status hearing be set for approximately sixty days from today, specifically May _____, 2022, at ___:____ AM/PM; and it is further

**ORDERED** that the time between March 24, 2022, and the next Status Hearing shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, additional time to review discovery, and additional time for defense counsel to discuss the case with the respective defendants as the COVID-19 pandemic has made such communications more difficult.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT JUDGE