UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 21-CR-00289 (RDM) |
| | ) |
| DEBRA MAIMONE, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

    The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Elizabeth Mullin has assumed responsibility for the defense of Debra Maimone in the above-captioned case. Ms. Maimone's case had previously been assigned to attorney Cara Halverson.

Respectfully submitted,

/s/
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500