UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-289 (RDM) |
| | : | |
| [1] PHILIP C. VOGEL, II, | : | |
| [2] DEBRA J. MAIMONE, | : | |
| | : | |
| Defendants. | : | |

**SUPPLEMENTAL JOINT STATUS REPORT AND
UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE
SPEEDY TRIAL ACT**

The United States of America, through counsel, and defendants Philip C. Vogel and Debra J. Maimone, through counsel, hereby submit this Supplemental Joint Status Report and state as follows:

1. In a Joint Status Report filed earlier today, "The parties propose[d] to set a status conference approximately sixty days from today, specifically Monday, May 23, 2022, or thereabout." ECF No. 33, p. 1. The parties respectfully request a modification of the filed report in that in lieu of a status conference, the parties be allowed to file a status report. All other facts and representations remain the same.

[THIS SPACE INTENTIONALLY LEFT BLANK]

2. Consistent with the attached proposed Order, the government requests, and the defendants through their counsel consent to the Court excluding all time between today and the next status report from calculation under the Speedy Trial Act.

|  |  |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052 | A.J. KRAMER<br>Federal Public Defender<br>District of Columbia |

By: _____

SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

/s/
ELIZABETH MULLIN
Assistant Federal Public Defender
Attorney for Debra J. Maimone
625 Indiana Avenue NW, Ste 550
Washington, D.C. 20004
202-208-7500
elizabeth_mullin@fd.org

/s/
ALLEN H. ORENBERG
The Orenberg Law Firm, P.C.
Attorney for Philip C. Vogel, II
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
301-984-8005
aorenberg@orenberglaw.com