# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-CR-289 (RDM) |
| : | |
| PHILIP C. VOGEL, II, : | |
| DEBRA J. MAIMONE, : | |
| : | |
| Defendants. : | |

## ORDER

Based upon the representations in the Supplemental Joint Status Report and Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the next status report be filed with the Court approximately sixty days from today, specifically May 23, 2022, at 12:00 PM; and it is further

**ORDERED** that the time between March 24, 2022, and the next Status Report shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, additional time to review discovery, and additional time for defense counsel to discuss the case with the respective defendants as the COVID-19 pandemic has made such communications more difficult.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT JUDGE