UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-CR-289 (RDM) |
| PHILIP C. VOGEL, II, : | |
| DEBRA J. MAIMONE, : | |
| Defendants. : | |

**ORDER**

Based upon the representations in the Joint Status Report and Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the next status report be filed with the Court approximately sixty days from today, specifically January 20, 2023, at 5:00 PM; and it is further

**ORDERED** that the time between November 21, 2022, and the next Status Report shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, additional time to review discovery, and additional time for defense counsel to discuss the case with the respective defendants as the COVID-19 pandemic has made such communications more difficult.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT JUDGE