UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.:  21-CR-00289 |
| PHILLIP C. VOGEL, II, and | : | |
| | : | |
| DEBRA J. MAIMONE, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynnett M. Wagner.  AUSA Lynnett M. Wagner will be substituting for AUSA Sean P. Murphy.

Pleases direct all future pleadings and correspondence to the undersigned.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    */s//Lynnett M. Wagner*
          Lynnett M. Wagner
          Nebraska Bar No. 21606
          Assistant United States Attorney
          United States Attorney's Office
          District of Columbia
          601 D Street NW
          Washington, DC 20530
          402-661-3700
          lynnett.m.wagner@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 6th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/Lynnett M. Wagner
Lynnett M. Wagner
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
402-661-37oo
lynnett.m.wagner@usdoj.gov