UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-289 (RDM) |
| | : | |
| PHILIP VOGEL, a/k/a "FLIP", and DEBRA MAIMONE, | : | |
| | : | |
| Defendants. | : | |

NOTICE OF FILING OF VIDEO
PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of the sentencings in the above-captioned matter, scheduled for August 25, 2023. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx.  Each exhibit is identified and briefly described below. Unless otherwise noted, the video footage was recorded by the United States Capitol Police using their closed circuit video system (CCTV).

- Exhibit A:   CCTV Senate Wing Door.asf, a CCTV video recording near the Senate Wing Door (approximately 50 seconds);

- Exhibit B:   Parler social media account, "TrumpIsYourPresident1776" (approximately 41 seconds);

- Exhibit C:   CCTV Crypt Lobby East.asf, a CCTV video recording of the Crypt Lobby (approximately 55 seconds);

- Exhibit D:   CCTV Rotunda Door Interior.asf, a CCTV video recording of the East Rotunda Door, interior (approximately 55 seconds);

2

- Exhibit E: Helmet grab assault (rioter footage).mp4, Open Source video of "Microsoft Game DVR – tommycarstensen.com/terrorism/wsRe9EYoao7V.mp4" (rioter footage by MAIMONE) (approximately 32 seconds);

- Exhibit F:   CCTV Senate Gallery SE, clip 1.asf, a CCTV video recording of the Hallway outside Senate Gallery (approximately 1 minute, 3 seconds);

- Exhibit G:   CCTV Senate Gallery SE, clip 2.asf, a CCTV video recording of the Hallway outside Senate Gallery (approximately 2 minutes, 35 seconds);

- Exhibit H:   CCTV Senate Carriage Door.asf, CCTV video recording of the Capitol exit near the Senate Carriage Door (approximately 16 seconds);

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/ Lynnett M. Wagner
Assistant United States Attorney
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
402-661-3700
lynnett.m.wagner@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 16th day of August 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/Lynnett M. Wagner
LYNNETT M. WAGNER
Assistant United States Attorney

3