# EXHBIT 1: LETTERS IN SUPPORT OF DEBRA MAIMONE

July 15, 2023

Alberta Rose Zekir

Houston, PA  1███



Honorable Randolph D. Moss
United States District Judge
United States Courthouse
300 Constitution Avenue, N.W.
Washington, D.C.  20001


Dear Honorable Judge Moss,

I work at Royal Oak Recycling company in Pennsylvania, my position is an Administrative Assistant/Scale Operator.  I am writing to you about Debra Maimone, I have known her for about 5 years.  The first thing I want to say is how remorseful and sorry Debra is for going into the Capitol.  She has said this many of times to her parents and I.  Debra is my sons' fiancé.  The moment I met her I fell in love with her.  I couldn't have asked God for a more perfect person for my son to spend the rest of his life with.

She is the most kind, compassionate and loving person I have ever met.  And I was so happy that she chose my son to fall in love with and spend their lives together.  She has helped him in so many ways to get his life on track.  So that they can have a loving, happy life together.

When she met my Granddaughter she took to her and treated her like she was her own.  And my Granddaughter has chosen to call her mom, so now she has two Moms that get along for the sake of my Granddaugher and they both love her very much.

Debra has always been the first to ask if anyone needs any help in any way.  She volunteers her own time to clean elderly people homes for free.

If she sees someone in need of food, money, clothing she is always the first to step in and help them out in anyway she can.

She has great compassion for animals and have helped friends and family take care of their pets if their pets were sick either by nursing them back to health or helping with vet costs.

She prays for everyone every day and every night.

Her Uncle was diagnosed with cancer and she was there every day to help take care of him until his passing.

Deb has been a blessing to our family and hers.  I am afraid that any jail time will change her from the kind and compassionate person.  And that change would not be for the better.  She has never been in trouble before.

Debra also owns her own home, vehicles, animals and picks up and drops off my granddaughter at school or at her biological mothers' house.  Not only for Debra I am asking for my granddaughters sake to please consider all of this while making your decision.  I humbly appeal and plead with you to not give Debra jail time for this.  I know that she has learned her lesson and is very remorseful for what she has done.

Thank you for your time and hearing a soon to be Mother in law and Grandmothers plea.

Respectfully yours,

Alberta Rose Zekir
Cell phone ███████

Dear Honorable Judge Moss,

My name is Dana Kosek, and I work in the automotive industry. Prior to working in the automotive industry I worked in Human Services with individuals struggling with substance use disorders, mental health, and trauma. That being said, it was often that I had interactions with blended families, and assisted in the mending and rehabilitation of the family dynamic with the recovering individual.

I have had the blessing of knowing Ms. Debra Maimone for 6 and a half years. Debra is my daughter Vera's stepmother. There is simply not enough time to express my gratitude for this woman, and I don't believe I can properly put into words the authenticity of her being. Debra and I had a slow-to-start relationship, in that it was difficult having another woman enter my daughter's life. However, now in the present day, I can say with the utmost honesty and transparency that I would have no other woman to help guide and teach my Vera. Debra helps and teaches Vera her homework, prays with her, takes her out for "girl days", and has intimate conversation with her when she is struggling with emotional growing pains. Anytime that I have a concern regarding Vera, I know I can call Debra and we can talk through the situation. Debra has become another support system not just in my daughter's life, but in my life as well. She makes sure that my daughter is cared for the way that I would care for her when Vera is at their house. Anytime that I need her for anything concerning Vera, she is there. Debra's character and morals have been proven to my daughter and myself time and time again. Her love and kindness is pure and without expectation. I am blessed to have her apart of our family, and need her there for Vera.

Since Debra and I have become close over the years, she has confided in me her emotional struggle regarding her legal situation. In talking with Debra, she has expressed great remorse over her decisions, and for the people that she has hurt due to her actions. Debra has stated that even though this situation is very difficult, her faith continues to grow in God. Debra has ambitions of restarting their business, maintaining their house, and looks forward to watching Vera grow and thrive into adolescence and adulthood.

I have faith in Debra to fulfill her goals in life, and to continue to be a positive role model in my daughter's life. I would like to express my gratitude to the courts for taking time to read my character witness letter and considering it of value.

Sincerely,

Dana Kosek

| | |
|---|---|
| **From:** | Robert Knollinger |
| **To:** | Elizabeth Mullin |
| **Subject:** | Debbie Maimone - character letter |
| **Date:** | Sunday, July 30, 2023 12:37:06 PM |

**EXTERNAL SENDER**

Dear Judge Moss, my name is Robert Knollinger, I am Debra's big brother. I am a concrete contractor and a father in Pittsburgh PA. I am writing this letter to you because I love my sister dearly. I would like to tell you how kind she is to her step daughter Vera and a great Aunt to all of my children. She helps everyone in her family without hesitation, she teaches kids how to fish and takes in stray homeless animals. She helped her grandmother before she passed away and just lost her Uncle that she loved dearly to brain cancer. Debra works hard, is honest and has a big heart. I know she is embarrassed and remorseful about going to Washington D.C. I know her intentions were out of love for God and country, she had just got caught up in the mob. I had consoled her and she cried about the trouble she put everyone through. But I know she would never purposely do anything against the law. That isn't my little sister. I know she's not perfect and no-one is. She is just starting off in life with a house payment, car payment and everything it takes to get through this life. This whole ordeal has ruined so many good peoples lives and I know that she's sorry for what she did..Honestly, I love my family and don't want them to suffer for a mistake like this. I am asking you as a person just trying to live an honest life to please not sentence my little sister to jail. I know she can do more good here with us. Thank you Judge Moss for taking your valuable time to read my letter.

God bless you Judge Moss. Sincerely, Robert Lee Knollinger

Sent from the all new AOL app for iOS

| | |
|---|---|
| **From:** | Sharon Maimone |
| **To:** | Elizabeth Mullin |
| **Subject:** | Debra Maimone Character Letter |
| **Date:** | Saturday, July 29, 2023 7:37:34 PM |

**EXTERNAL SENDER**

Dear Judge, Moss. I am Debra Maimone's grandfather, Basil Maimone. I am an 84 year old retired barber that lives in Carnegie, PA. I would like you to know about my granddaughters, giving and unselfish ways. She has been here for me. I lost my wife and son in the last few years. My life would've been a lot harder without her. She was here for me when my wife passed away, and she helped my son Basil at his home and in the hospital. She help me with my cat that was not eating after my wife passed. She helped my wife when she was sick, and helps me keep my home going. She always comes to visit me for holidays and my birthday as well. I know she is very sorry for her actions on January 6th. She has been very upset about all of it, and has shown remorse. I know her plate is full, she is helping my son Bob, who is grieving and mourning his brother. I've lost so much and so little time, I'm an old man now and need the few family that I have left. Please find a way to keep my granddaughter from being put in jail. I love her dearly and we all need her to be with us for as long as we're here in this world. I want to thank you for letting me tell you this. God bless sincerely, Basil Maimone.

| | |
|---|---|
| **From:** | Robert Maimone |
| **To:** | Elizabeth Mullin |
| **Subject:** | Debra Maimone letter |
| **Date:** | Tuesday, June 27, 2023 12:55:32 PM |

**EXTERNAL SENDER**

Dear Judge Moss ,
My name is Robert A Maimone , i am Debra Maimone father , i am cleaning contractor at family owned business at Maimone enterprises in Pennsylvania i am very close w mt daughter Debra , my brother Basil was in car accident im march of 2023 Debbie was at hospitol within an hour the doctors discovered a brain tumor and couldn't do anything for him Debbie drove over an hour to his home to go buy him groceries and supplies for his pets she took care of him and his dog and chickens she wouldn't take his money for anything she was there for him at christmas and Thanksgiving at this time i was living w him at his home she also helps her grandfather my dad of 84 years old with day to day needs my brother passed away the following year on Feb 21st Debra was at hospitol w her uncle for his last week through all the pain and misery she was there with me comforting him and me she never wavered .
throughout all of this she helped her mom and is a devoted step mom for Philips daughter Vera ,she had cried on my shoulder telling me how sorry she is for going to the Capitol i can see her remorse and shame , my brother was a child therapist and went the extra mile and took troubled kid's in the outdoors fishing and hiking his wish was to keep helping kid's so we've opened a camp called My Brothers Camp to keep his legacy going in honor of my brother Basil W maimone non profit funded by just my family for troubled kid's Debra has helped with construction and money and i know she had a thriving business that was destroyed by covid and harassment of her being able to advertise her business was ruined , Debra was supposed to get married this summer to Philip Vogel but that has been postponed due to this unfortunate incident she had sold her house and purchased another home with a mortgage and a newer car she has many responsibilities that need fulfilled i am pleading with you Judge Moss not to sentence Debra to prison please help her she has just started her life and she is a good person i am leaving my phone number if you need to contact me for any more information or questions ▓▓▓▓▓▓▓ my names Bob thankyou for letting me write this to you i know your time is precious
Sincerely Robert A Maimone

**From:** Sharon Maimone
**To:** Elizabeth Mullin
**Subject:** Debra Maimone Character Letter
**Date:** Saturday, July 15, 2023 6:48:45 PM

**EXTERNAL SENDER**

Dear Judge Moss,
My name is Sharon Maimone, Debra Maimone is my daughter and my best friend. I own a small commercial cleaning company Maimone Enterprises in PA , been in business since 2018. I have a very close relationship and know her well. She is the best daughter a mom could ever have. She cares for her entire family and helps us with anything we need. Deb is not mean or violent and is honest, trustworthy and loyal. Deb has worked for me 2018-2019. She is a hard worker actually doing the work unlike other employees that pretend to do the work. She traveled 1 1/2 hours both ways to work when I had to go out of town, she fills in when I need help . I have work coming up  and she can start asap. Deb takes care of Vera her step daughter, doing everything for her and with her, she is a good stepmother. Deb has many ambitions and goals of things she wants to accomplish in life such as getting married ,having children ,paying off her house, working hard, running a business, taking care of her 3 cats and to stay out of trouble. I have told Deb how disappointed I was in her with going into the Capitol and she has expressed how sorry she is to put me through all of this and what a big mistake she made, how she regrets ever going to DC ,she wishes she never went at all. She said that she regrets being part of such a notorious day for our country and looking back she realizes that they had no business going inside the Capitol. Seeing the video and reading the reports of what happened that day, she's ashamed to have participated, even though she herself wasn't violent. Debra is the not the type to ever take anything from anyone. I know I am her mother but I do believe that she got swept in the crowd mentality because taking stuff is not in her nature. This has messed her life up in so many ways since, it has given her nightmares, sleepless nights, worry, stress, anxiety ,depression and sadness not to mention the entire family too ,her dad and I especially. She has promised me she would never do anything wrong ever again. When Deb was a child she had $50 birthday money to shop for herself, she gave it away to a homeless charity right in the store. Last year she donated boxes of her things to a woman's shelter, she donates her belongings all the time to different charities . She has a kind and compassionate heart. She bought me a phone and put me on her phone plan paying the bill to help me out. For Mother's Day bought me a rose bush to plant, knowing how much I like to plant things. Deb was always rescuing homeless/hurt animals, cats , rabbits, birds, taking care of them and finding them homes. I humbly appeal and plead with you not to put Deb in jail for this , I know for a fact she has learned her lesson.
Thank you for your time,
respectfully yours,
Sharon Maimone

(

| | |
|---|---|
| **From:** | Lee Auvil |
| **To:** | Elizabeth Mullin |
| **Subject:** | Letter about Debra Maimone to Judge Moss |
| **Date:** | Monday, June 12, 2023 11:02:56 AM |

**EXTERNAL SENDER**

Dear Judge Moss,
My name is Lee Auvil, and from 2009 to 2018 I owned and operated a Commercial Cleaning business in Pittsburgh Pa., now semi retired.
 From 2016-2018, Debra Maimone was an employee of mine.  She was always on time and never missed a day. She did outstanding work and also moved around to multiple facilities when asked without complaint. In this business there's alot of turnover,  and I'd say approximately 90% of people hired would not last even 6 months,  but Debra was there and did her work with me for 2 years. An example I remember is when I had 2 key people quit the same week. Debra stepped up and did what was needed to get the work done in multiple facilities.  Pretty amazing for sure.
To me, her exemplary attitude and work ethic speaks to her character as well.
From what I understand she travels quite a distance to do similar work with her mom, Sharon.
I am not familiar with the events that took place on January 6th. All I know is
that Debra renewed my faith in the younger generation and is an outstanding young lady.
Thank you for your time.
Sincerely,

Lee Auvil

August 9, 2023

Honorable Randolph D. Moss

United States District Judge

United States Courthouse

300 Constitution Avenue N.W

Washington, D.C. 20001

Dear Honorable Judge Moss,

I am writing this letter on behalf of Debra J. Maimone. I have known Ms. Maimone for approximately a year. She is my neighbor and I consider her to be my friend as well. Debra is a very down-to-earth person. She is someone who my wife and I could count on in any kind of circumstance.

I have talked to Debra and her fiancé about their entering the Capital Building on January 6th. She has told me and my wife how she regrets going into the Capital Building. I feel her remorse and knowing Debra I believe she is honestly sorry for ever going there.

She is a young woman who is caring and loving person. She loves spending time with her Finance's daughter. I am so pleased to have such great neighbors. She has become a good friend to both me and my wife.

Sincerely yours,


Leonard W. Boso

August 9, 2023

Honorable Randolph D. Moss

United States District Judge

United States Courthouse

300 Constitution Avenue N.W

Washington, D.C. 20001

Dear Honorable Judge Moss,

I am the manager of the Monessen Senior Center for Actives Adults. I have worked there for the last eight years. I have lived in Monessen, PA for twenty - two years with my husband.

I am writing this letter to you on behalf of Debra J. Maimone. I have been a neighbor and friend of Debra's for the past year. She is a good-hearted soul and a caring person, and I am honored to have her as my friend.

Debra and I have had many conversations regarding her upcoming hearing. She is very remorseful of being in the Capital Building on Jan. 6th. She has told me many times about how she regrets going there. Debra is an upstanding citizen, and she has never been in any kind of trouble.

Debra will do anything in the world for anyone who needs help. She takes care of her home, and she takes pride in caring for her home. She is an excellent mentor for her fiancé's daughter. She spends a lot of time with her and makes sure she has everything she needs while she is in her care.

I could not ask for a better neighbor and friend. I pray for the absolute best for her.

Sincerely yours,

Miriam Boso

FROM,
Robin L. Shook   1-24-61
[redacted address]

7/23/2023

TO.
Honorable Randolph D. Moss
United States District Judge
United Courthouse
300 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Randolph D. Moss,

I met Debra Maimone in early 2018. I reside with my mother and am blessed to be able to care for her. Debra helped me without asking her. She's a very compassionate, kind and respectful. She lives with my nephew, Philip C. Vogel II, and loves his daughter as her own. His daughter loves her so much also. My mother loved the kindness she had shown her and she never missed the opportunity to visit her Uncle in hospital, diagnosed with cancer until he passed, to let him know how special he is, loved and never to be forgotten. She has a BIG HEART.

Sincerely yours,
Robin L. Shook
*Robin L. Shook* (signature)

Melissa Savannah

July 27, 2023

Re: Debra Maimone

The Honorable Judge Moss
United States District Court for the District of Columbia

Dear Judge Moss,

I am writing to you on behalf of Debra Maimone. I have known Debra for 21 years being a part of her family.

When I think about Debra and how to define her character, several traits are most outstanding. Debra is kind and Debra is compassionate. Debra is loyal and she is determined. These are only a few.

It has been amazing to watch Debra grow from a little girl who rescued and saved every type of living thing, into a young lady who is now helping to raise a child and is dedicated to her family.

Since the start of our relationship, Debra's many outstanding attributes have remained consistent and make her a young woman that deserves the chance to continue to make a difference in her community and work towards the goals that she has set for herself.

It is my sincere hope that this letter is taken into consideration and that the court will consider Debra as an individual who will accept her responsibility in this serious matter and see the potential that she has to be an honorable young human being in her life and a valuable and contributing member of her community.

Respectfully and Sincerely,

Melissa Savannah