**EXHBIT 2: LETTER TO THE COURT FROM DEBRA MAIMONE**

Dear Honorable Judge Moss, my name is Debra Maimone. I wanted to write this letter to you to let you know how sincerely remorseful I am for what I did on January 6th. Not because I got in trouble, but because I shouldn't have done it in the first place. I don't blame anyone but myself for my actions on that day. I realize I put officers at risk by taking those gas masks and for that I am very sorry. I truly want you to know that what I did that day is absolutely not who I am as a person. I was never one to break the law or get into any kind of trouble. That's just not me. It was horrible on my part and I just followed the mob thinking it was ok. It was not ok. It was a disgrace to our country and that day shouldn't have ever happened. These past 2 1/2 years has been extremely hard for me. It has mentally and physically beat me down. There's been so many times that I've just sat there and cried thinking about the trouble I have caused for myself and everyone around me. I have been living with tremendous regret, guilt, remorse, worry and fear. I wish I could just go back in time and never have gone to the Capitol in the first place. I just want to live my life as a law abiding citizen and not cause anyone any trouble ever again. Thank you so much for giving me the chance to write this letter to you and I really hope you understand that I know I did wrong.

Sincerely, Debra Maimone