UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEBRA J. MAIMONE,<br><br>        Defendant. | Crim. Action No. 21CR289:(RDM) |

WAIVER OF PRESENCE

I, Debra Maimone, hereby waive under Rule 43(b)(2) of the Federal Rules of Criminal Procedure, my right to an in-person sentencing hearing, scheduled for August 25 2023, before United States District Judge Randolph D. Moss, in case no. 21-cr-289-RDM, in the United States District Court for the District of Columbia.

My counsel, Elizabeth Mullin, has explained to me my right to appear in person for my sentencing hearing. I knowingly and voluntarily waive my right to appear in person and to appear instead by teleconference. I am satisfied with my counsel and I execute this waiver after consultation with Ms. Mullin.

*[Signature]*
Debra J. Maimone

*[Signature]*
_____
Elizabeth Mullin
Counsel to Debra Maimone