UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEBRA J. MAIMONE,<br><br>            Defendant. | Crim. Action No. 21-CR-289(RDM) |

**MOTION FOR PERMISSION TO ATTEND THANKSGIVING CELEBRATION**

Comes now, defendant Debra Maimone, through counsel and respectfully moves the Court for an Order permitting her to attend a Thanksgiving celebration on Thanksgiving day at her father's house, which is approximately 45 minutes from her home.[1]

On August 28, 2023, this Court sentenced Ms. Maimone to two years' probation with a special condition that she be under home incarceration and monitored by location monitoring for a period of 120 days. ECF. No. 83, Judgment. Under the terms of her home incarceration, Ms. Maimone is restricted to the home at all times except for employment, education, religious services, treatment, or other activities approved by probation.

---

[1] Undersigned counsel has reached out to the government for its position. While the government does not dispute that Ms. Maimone has been compliant with probation, the government opposes this request.

Ms. Maimone's probation officer, Benjamin Orrison, reports that Ms. Maimone has been totally compliant with the conditions of her probation. Ms. Maimone has requested permission to attend Thanksgiving dinner on November 23, 2023, with her family from Probation Officer Orrison. However, Officer Orrison instructed that she needs an Order from the Court. Accordingly, Ms. Maimone, through counsel, seeks the Court's permission to attend Thanksgiving celebration at her father's house, located 45 minutes away from her home in Carnegie, Pennsylvania. Ms. Maimone will provide the exact location and hours she plans to attend to her probation officer in advance.

For the reasons herein, Debra Maimone respectfully requests that the Court enter that the attached proposed Order permitting her to attend Thanksgiving celebration with her family.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500