# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Action No. 21-CR-289(RDM) |
| DEBRA J. MAIMONE, | |
| Defendant. | |

## ORDER

Upon consideration of the defendant's Motion for Permission to Attend Thanksgiving Celebration, it is hereby ORDERED that the Motion is GRANTED; Debra Maimone is permitted to travel to her father's house in Carnegie, Pennsylvania, on November 23, 2023. Ms. Maimone is further ORDERED to provide the exact location and time-frame to her probation officer in advance.

_____
Randall M. Moss
District Judge