**From:** Sharon Maimone
**To:** Elizabeth Mullin
**Subject:** Thanksgiving
**Date:** Friday, November 17, 2023 10:09:01 AM

**EXTERNAL SENDER**

Dear Elizabeth,

   Thanksgiving is held every year for 34 years 30 since Deb has been born at ▮▮▮ Carnegie Pa 15106. We gather there to give thanks for it is a tradition we have kept. Basil Debs grandfather is 84 years old he lives alone since since his wife passed ,Debs grandma. Basils son passed away in 2023 February. Basil has troubles with Mediterranean Anemia and also has problems with his nerves being bad has trouble sleeping. He can't travel far any longer. Has multiple other problems. Needs his family around him for he is all alone. Thank you Sharon Maimone ▮▮▮

| | |
|---|---|
| **From:** | Robert Maimone |
| **To:** | Elizabeth Mullin |
| **Subject:** | Debra |
| **Date:** | Friday, November 17, 2023 10:27:41 AM |

**EXTERNAL SENDER**

My name is Robert Maimone im Debra dad , we prepare Thanksgiving dinner at our home and take it to my father's house debras grandfather in carnegie pa ▇▇▇▇▇▇▇▇▇▇▇▇ , he is 84 years old and cannot sleep well he's and is very anemic , he can't travel far he's lost his wife 4 Years ago and his first born son im February we've been giving thanks at his house for 34 years and he looks forward to having his granddaughter and family to celebrate w him at his home thankyou for your time i can be reached at ▇▇▇▇▇▇▇